FILED
JN JAN 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 0037 |
| | ) | |
| v. | ) | Violation: Title 21, **JUDGE KENDALL** |
| | ) | United States Code, |
| TEDDY OCASIO | ) | Section 841(a)(1) |

**MAGISTRATE JUDGE COX**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about May 25, 2005, at Chicago, in the Northern District of Illinois, Eastern Division,

TEDDY OCASIO,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, in excess of fifty grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY