MAGISTRATE JUDGE COX
JUDGE KENDALL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**FILED**
JAN 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?  NO ☒  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  NO ☒  YES ☐

6) What level of offense is this indictment or information?  FELONY ☒  MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?  NO ☒  YES ☐

8) Does this indictment or information include a conspiracy count?  NO ☒  YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)
   ☐ Criminal Antitrust ... (II)
   ☐ Bank robbery ........ (II)
   ☐ Post Office Robbery .. (II)
   ☐ Other Robbery ....... (II)
   ☐ Assault ............. (III)
   ☐ Burglary ............ (IV)
   ☐ Larceny and Theft ... (IV)
   ☐ Postal Embezzlement . (IV)
   ☐ Other Embezzlement .. (III)

   ☐ Income Tax Fraud .... (II)
   ☐ Postal Fraud ........ (II)
   ☐ Other Fraud ......... (III)
   ☐ Auto Theft .......... (IV)
   ☐ Transporting Forged Securities . (III)
   ☐ Forgery ............. (III)
   ☐ Counterfeiting ...... (III)
   ☐ Sex Offenses ........ (II)
   ☐ DAPCA Marijuana ..... (III)
   ☒ DAPCA Narcotics ..... (III)

   ☐ DAPCA Controlled Substances .. (III)
   ☐ Miscellaneous General Offenses .. (IV)
   ☐ Immigration Laws .... (IV)
   ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Food & Drug Laws .... (IV)
   ☐ Motor Carrier Act ... (IV)
   ☐ Selective Service Act .. (IV)
   ☐ Obscene Mail ........ (III)
   ☐ Other Federal Statutes .. (III)
   ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.

21, USC, § 841(a)(1)

JULIE PETERS PEKRON
Assistant United States Attorney

(Revised 12/99)