UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
1-23-08
JAN 2 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 37 |
| | ) | Hon. Virginia M. Kendall |
| TEDDY OCASIO | ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto the Court that:

   Name:          TEDDY OCASIO
   Date of Birth:
   Sex:
   Race:
   Prisoner No.:

has been and now is, in due form and process of law, detained in the following institution:

LOGAN CORRECTIONAL CENTER.

Petitioner further represents to the Court that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with a violation of Title 21, United States Code, Section 841(a)(1), and is now wanted in such division and district on FEBRUARY 26, 2008, at 1:30 p.m. for an initial appearance and arraignment before Judge Virginia M. Kendall, Courtroom 2319.

WHEREFORE, petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL<br>NORTHERN DISTRICT OF ILLINOIS<br>CHICAGO, ILLINOIS | WARDEN<br>LOGAN CORRECTIONAL CENTER<br>1096 1350TH STREET<br>P.O. BOX 1000<br>LINCOLN, IL 62656 |

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, the government will move to remand the defendant to the custody of the United States Marshal.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*
JULIE PETERS PEKRON
Assistant U. S. Attorney

Dated: January 22, 2008