# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 37 | **DATE** | 1/23/2008 |
| **CASE TITLE** |  | USA vs. Teddy Ocasio | |

**DOCKET ENTRY TEXT**

Enter order for the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum as to Defendant Teddy Ocasio. Arraignment set for 2/26/2008 at 1:30 PM.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KW |
|---|---|---|