UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 08 CR 37 |
| ) | Hon. Virginia M. Kendall |
| TEDDY OCASIO ) | |

ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

        Name:        TEDDY OCASIO
        Date of Birth:
        Sex:
        Race:
        Prisoner No.:

has been and now is, in due process of law, incarcerated in the following institution:

LOGAN CORRECTIONAL CENTER,

and that said defendant is charged in the above-captioned case with a violation of Title 21, United States Code, Section 841(a)(1), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois on FEBRUARY 26, 2008, at 1:30 p.m. for an initial appearance and arraignment before Judge Virginia M. Kendall, Courtroom 2319.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL        WARDEN
NORTHERN DISTRICT OF ILLINOIS    LOGAN CORRECTIONAL CENTER
CHICAGO, ILLINOIS                 1096 1350TH STREET
                                      P.O. BOX 1000
                                      LINCOLN, IL 62656

bring or cause to be brought before this Court, at said time on said date, in the United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

HON. VIRGINIA M. KENDALL
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DATED at Chicago, Illinois
this 23rd day of January, 2008.