# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 37 | **DATE** | February 26, 2008 |
| **CASE TITLE** | USA v. Teddy Ocasio | | |

**DOCKET ENTRY TEXT**

Arraignment held. Attorney Mary H. Judge enters an appearance as appointed counsel on behalf of the Defendant. Defendant enters plea of not guilty to the 1-Count Indictment filed 1/16/2008. Pretrial motions shall be filed by or on 3/18/2008; responses due 4/1/2008; replies due 4/8/2008. Jury Trial set for 6/9/2008 at 9:15 AM. Status hearing set for 4/24/2008 at 1:30 PM. There being no objection at this time, Defendant is ordered to remain in Federal custody. Status & Detention hearing set for 3/13/2008 at 1:30 p.m. Defendant not objecting, time is excluded under 18 U.S.C. 3161(h)(1)(F) for filing and review of pretrial motions from 2/26/2008 through and including 4/24/2008.

Notices mailed by Judicial staff.

00:15



| | Courtroom Deputy Initials: | KW |
|---|---|---|