**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:08−cr−00037
　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall

Teddy Ocasio
　　　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 13, 2008:

　　　MINUTE entry before Judge Virginia M. Kendall :Detention hearing held. Defense counsel not objecting to Defendant's detention, defendant remains in custody. Status hearing set for 4/9/2008 at 1:30 PM. Deadline to file pretrial motions extended to 4/9/2008. Time is excluded though 4/9/2008 under 18 U.S.C. § 3161(h)(8)(B)(I) in the interest of justice and § 3161(h)(1)(F) for filing and review of pretrial motions. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.