## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 37 | **DATE** | 4/9/2008 |
| **CASE TITLE** | USA vs. Teddy Ocasio | | |

**DOCKET ENTRY TEXT**

Status hearing held on 4/9/2008. Defendant waives right to remain in federal custody until trial, and requests to be returned to state custody. Waiver of IAD Antishuttling Rights approved and signed in court. The 6/9/2008 Jury trial date and the pretrial schedule are stricken. The 4/24/08 Status hearing is reset for 6/9/2008 at 1:30 PM. Defendant not objecting, time is excluded under 18 U.S.C. § 3161 (h)(8)(B)(i) in the interest of justice through 6/9/2008.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | KW |
|---|---|---|---|