UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

APR 0 9 2008
Apr 09 2008
JUDGE VIRGINIA M. KENDALL
U.S DISTRICT COURT

| UNITED STATES OF AMERICA | ) | No. 08 CR 37 |
| | ) | |
| v. | ) | Hon. Virginia M. Kendall |
| | ) | |
| TEDDY OCASIO | ) | |

### WAIVER OF IAD ANTISHUTTLING RIGHTS

I, Teddy Ocasio, having discussed with my attorney the possible effect of the Interstate Agreement on Detainers on my case, do hereby state and agree that:

1.   I have previously been sentenced to serve a term of imprisonment by a state court in the State of Illinois. I have not completed serving that sentence.

2.   I now face federal charges of distribution of a controlled substance in the United States District Court for the Northern District of Illinois, Case No. 08 CR 37, and for that reason I have been taken into federal custody and brought to Chicago, Illinois.

3.   I have been advised that the Interstate Agreement on Detainers (18 U.S.C. appendix 2) may apply to my case and that, if it does, I have the right to remain in federal custody, and not be returned to state custody, until the trial on the federal charges described above is completed and the sentence has been imposed.

4.   Knowing this, I desire to and do hereby waive my right to remain in federal custody, and I request to be promptly returned to state custody, prior to the completion of my trial on the federal charges.

_____
Teddy Ocasio
Defendant

_____
Mary Judge
Attorney for Defendant

Dated: 4.9.2008