## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 37 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Teddy Ocasio | | |

**DOCKET ENTRY TEXT**

The Court grants the Government's Motion for Withdrawal and Substitution of Counsel [14]. Assistant U.S. Attorney Kruti Trivedi is ordered substituted in as counsel for the Government. Julie Pekron's appearance as Government counsel is hereby withdrawn.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KW |
|---|---|---|