# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                                  Case No.: 1:08−cr−00037
                                                                    Honorable Virginia M. Kendall

Teddy Ocasio

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 2, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: as to Teddy Ocasio, at the request of the Defendant and with the agreement of the Government, the 6/9/2008 Status hearing is stricken and reset for 8/27/2008 at 01:30 PM. Defendant not objecting, time is excluded under 18 U.S.C. § 3161(h)(8)(B)(i) in the interest of justice through 8/27/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.