## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Teddy Ocasio

                Defendant.

Case No.: 1:08−cr−00037
Honorable Virginia M. Kendall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall:as to Teddy Ocasio: At the parties' telephonic request, Status hearing date of 8/27/2008 is reset for 9/11/2008 at 09:15 AM. Mailed notice (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.