```
                                                          FILED
          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF ILLINOIS              AUG 2 0 2008
                 EASTERN DIVISION                    Aug 20 2008
                                              JUDGE VIRGINIA M. KENDALL
                                                U.S DISTRICT COURT
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 37 |
| | ) | Hon. Virginia M. Kendall |
| TEDDY OCASIO | ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

        Name: Teddy Ocasio

        Sex: Male
        Inmate Number: B44183

has been and now is, in due form and process of law, detained in the custody of the Illinois Department of Corrections at Logan Correctional Center.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violating Title 21, United States Code, Section 841, and is now wanted in such division and district on September 11, 2008 at 9:15 a.m. for an appearance before Virginia M. Kendall, Courtroom 2319.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

UNITED STATES MARSHAL
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

WARDEN
ILLINOIS DEPARTMENT OF CORRECTIONS

commanding them to produce the body of the said prisoner before Judge Kendall, Courtroom 2319, 219 S. Dearborn St., Chicago, IL, on September 11, at 9:15 a.m., and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, and that when these proceedings have been so concluded, that TEDDY OCCASION be returned forthwith to said institution from which he was brought.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
KRUTI D. TRIVEDI
Assistant U. S. Attorney
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604
312-353-5323