Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 37 | **DATE** | 8/20/2008 |
| **CASE TITLE** | USA vs. TEDDY OCASIO | | |

**DOCKET ENTRY TEXT**

The petition for a writ of habeas corpus ad prosequendum for September 11, 2008 is granted.

■ [ For further detail see separate order(s). ]

Docketing to mail notices.

Writ issued
8/21/08

| | Courtroom Deputy Initials: | JS |
|---|---|---|