UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 37 |
| | ) | Hon. Virginia M. Kendall |
| TEDDY OCASIO | ) | |

## O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name: Teddy Ocasio

Sex: Male

Inmate Number: B44183

has been and now is, in due process of law, incarcerated in the custody of the Illinois Department

of Corrections at Logan Correctional Center, and that said defendant is charged in the above-

captioned case with violating Title 21, United States Code, Section 841, and that said defendant

should appear in this case in the United States District Court at Chicago, Illinois at 9:15 a.m. on

September 11, 2008, for an appearance before Judge Virginia M. Kendall, Courtroom 2319, 219 S.

Dearborn, Chicago, IL.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

WARDEN
ILLINOIS DEPARTMENT OF CORRECTIONS

bring or cause to be brought before this Court, on September 11, 2008, at 9:15 a.m., in the United

States Court House in Chicago, Illinois, Courtroom 2319, 219 S. Dearborn, Chicago, IL, the body

of the defendant Teddy Ocasio; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said

persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

JUDGE VIRGINIA M. KENDALL

DATED at Chicago, Illinois
this 20TH day of August 2008